FILED

SEP 27 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:18CR796 ERW/JMB** |
| v. ) | |
| ) | |
| RALPH FLAKES, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 19, 2018, in St. Louis within the Eastern District of Missouri,

**RALPH FLAKES,**

the Defendant herein, having been lawfully committed to the custody of the Attorney General, or his authorized representative, by virtue of a judgment in a criminal case following a conviction for a felony offense and a revocation of his supervised release in the United States District Court for the Eastern District of California, knowingly escaped from an institution and facility in which he was confined at the direction of the Attorney General, or his authorized representative, namely Dismas House, by failing to remain within the limits of his confinement and failing to return

1

within the time prescribed, in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

                                              A TRUE BILL.

                                              _____

                                              FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Stephen Casey #58879MO
Assistant United States Attorney